UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 06-08 (06), (07) (RHK/RLE) |
| Plaintiff, | |
| vs. | **ORDER** |
| Chad Michael May (06), and<br>Christian Darryl Veith (07), | |
| Defendants. | |

_____

In a June 12, 2006, Report and Recommendation, Chief Magistrate Judge Raymond L. Erickson has recommended that (1) Defendant May's Motion to Suppress Statements be granted in part; (2) Defendant May's Motion to Suppress Evidence as a Result of Search and Seizure be denied; and Defendant Veith's Motion to Suppress Statements be denied.

Before the Court are the Objections to the Report and Recommendation filed by both Defendants May and Veith. The de novo review of the Report and Recommendation and Defendants' Objections thereto, satisfies the undersigned that Judge Erickson's thorough and well-reasoned analysis of the issues before him should be adopted. The recommendations are fully supported by applicable legal precedent and the factual record before Judge Erickson. No useful purpose would be served by another opinion of this Court which would reach the same result as that reached by Judge Erickson.

Accordingly, and based upon all the files, records and proceedings herein, **IT IS ORDERED**:

1.  Defendant May's Objections (Doc. No. 265) to the June 12, 2006, Report and Recommendation are **OVERRULED**;

2.  The Report and Recommendation (Doc. No. 259) is **ADOPTED** as to Defendant May;

3.  Defendant's May's Motion to Suppress Statements (Doc. No. 211) is **GRANTED IN PART** (with respect to the statement made on December 11, 2005, without the benefit of a Miranda warning and while May was handcuffed and detained) and is in all other respects **DENIED**;

4.  May's Motion to Suppress Evidence Obtained as Result of a Search and Seizure (Doc. No. 213) is **DENIED**;

5.  Defendant Veith's Objections to the Report and Recommendation (Doc. No. 260) are **OVERRULED**;

6.  The Report and Recommendation (Doc. No. 259) is **ADOPTED** as to Defendant Veith; and

7.  Defendant Veith's Motion to Suppress Statements (Doc. No. 232) is **DENIED**.

Dated: July 10, 2006

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge